IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELINA JACKSON, | : | |
| Plaintiff | : | Civil Action 2:09-cv-10 |
| v. | : | Judge Marbley |
| ACCOR NORTH AMERICA, INC., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This matter is before the Court pursuant to Plaintiff's Motion to Dismiss with Prejudice (Doc. 15). Plaintiff avers that she and the sole defendant have reached a settlement of this case, and requests pursuant to Fed. R. Civ. Pro. 41(a)(2) that it be dismissed with prejudice.

For good cause shown, the Motion (Doc. 15) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATE: November 17, 2009**