# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

ANGELINA JACKSON, :

    Plaintiff : Civil Action 2:09-cv-10

v. : Judge Marbley

ACCOR NORTH AMERICA, INC., : Magistrate Judge Abel

    Defendant :

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the November 17, 2009 Order, the Court GRANTS Plaintiff's Motion to Dismiss with Prejudice. This case is CLOSED.

Date: **November 17, 2009**     **James Bonini, Clerk**

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk